FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0151

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0151

_____

RALPH HUTT,

     Plaintiff and Appellee,

v.

         O R D E R

MARYLAND CASUALTY CORPORATION,

     Defendant and Appellant.

_____

Upon consideration of the Joint Motion to Dismiss Appeal, and good cause appearing,

IT IS HEREBY ORDERED that the appeal in the above matter is DISMISSED with prejudice. Each party shall bear its own costs and fees.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2024